UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-21667-RAR

**GILLIAN CRAMER**, *on behalf of*
*herself and all others similarly situated*,

    Plaintiff,

v.

**MD EXAM LLC**,

    Defendant.
_____/

**ORDER REQUIRING JOINT SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **September 12, 2025**.  In addition, by **September 12, 2025**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

    **DONE AND ORDERED** in Miami, Florida, this 22nd day of August, 2025.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Judge Ruiz as an interested party unless he has an interest in the litigation.