UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-21667-RAR

**GILLIAN CRAMER,** *et al.*,

    Plaintiff,

v.

**MD EXAM LLC**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal Without Prejudice, [ECF No. 27] ("Stipulation"), filed on October 20, 2025. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*, with each party to bear its own costs and fees. All pending deadlines are hereby **TERMINATED**. The Clerk of Court is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 20th day of October, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**